

ZACHARY W. CARTER
*Corporation Counsel*

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

Ben Kuruvilla
*Special Federal Litigation*
(212) 356-3513
(212) 788-9776 (fax)
bkuruvil@law.nyc.gov

August 21, 2014

**Via ECF**
Hon. Raymond J. Dearie
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Travis Jerome-Peters v. City of New York, et al.,
13-cv-2672 (RJD)(CLP)

Dear Judge Dearie:

I represent the defendants in this matter. I am writing to advise that this matter has settled. Please find enclosed an executed Stipulation and Order of Dismissal, which is being submitted for the Court's endorsement. I thank the Court for its time and consideration of this request.

Respectfully submitted,

Ben Kuruvilla

cc:  Gregory Zenon, Esq.     **By ECF**
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------ x

TRAVIS JEROME-PETERS,

                                     Plaintiff,

                   -against-

THE CITY OF NEW YORK and WILLIAM REDDIN,

                                Defendants.

------------------------------------------------------------------------------ x

**STIPULATION AND
ORDER OF DISMISSAL**

13-cv-2672 (RJD) (CLP)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

        1.     The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Law Office of Gregory Zenon
*Attorneys for Plaintiff*
30 Wall Street, 8th Floor
New York, NY 10005
212-380-8582


By: _____
     Gregory W. Zenon

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City and Reddin*
100 Church Street, Rm. 3-126
New York, New York 10007


By: _____
     Ben N. Kuruvilla
     *Assistant Corporation Counsel*

SO ORDERED:


_____
HON. RAYMOND J. DEARIE
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
           _____, 2014

2